## DARDEN *vs.* THE STATE OF GEORGIA

The act creating the city court of Atlanta (Acts 1871-2, p. 57) gives it jurisdiction in cases of misdemeanors, and provides that the accused may be tried on an accusation; and the act of 1875 (Acts 1875, p. 40) extended the jurisdiction of that court over the county of Fulton. Therefore, in a bastardy case, the failure to give security to maintain and educate the child, as provided by law, being a misdemeanor, it could be tried under an accusation in that court, without the necessity of an indictment.

Judgment affirmed.

April 2, 1885.

JACKSON, Chief Justice.

## ETHRIDGE *vs.* THE STATE OF GEORGIA.

The evidence in this case showed the defendant guilty of murder, and the jury having so found, there was no error in refusing a new trial, on the ground that the verdict was contrary to law and the evidence.

Judgment affirmed.

March 17, 1885.

BLANDFORD, Justice.

## SMITH, trustee, *vs.* FROST.

A bill of exceptions recited the trial of a case, the making of a motion for new trial, and the grounds thereof, but did not state what was done with the motion. It concluded as follows:

"And now the counsel for the plaintiff, on this, the 20th day of September, in the year 1884, it being within ——— days from the adjournment of said term of said court, and assigns error upon all the grounds of said motion, and tenders this, his bill of exceptions":

*Held*, that the writ of error must be dismissed for want of a proper assignment of error in a final judgment of the court below.

Writ of error dismissed.

March 11, 1885.